|  | Hearing Date:<br>Hearing Time: |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>----------------------------------------------------------------x | Case No. 18-10164 |
| In Re: | Chapter 7 |
| Shameka Watson, | Assigned to: |
| Debtor. | Hon. Martin Glenn<br>United States Bankruptcy Judge |
| ----------------------------------------------------------------x | |

## ORDER TO SHOW CAUSE

Upon the annexed affidavit of Movant, by her attorney Mary E. Sheridan, Esq, Kenneth R. Perry, Esq., of counsel, Legal Services Plan - Local 237 seeking entry of an Order to (1) Reopen the Chapter 7 bankruptcy case pursuant to 11 U.S.C. §350 and Bankruptcy Rule 5010 and (2) impose the Bankruptcy stay pursuant to 11 USC §§524(a)(2) and 105 on any action to evict debtor or in any way terminate her interest in 1119 Bryant Avenue, Apt 6C, Bronx, NY 10459, and (3) such other and further relief as the Court deems just and proper, and it is

ORDERED that the Creditor Bryant Associates or its attorney show cause at _____ AM/PM on the date of _____ or as soon thereafter as Movant may be heard before the Honorable Martin Glenn Bankruptcy Judge in Courtroom 523 at United States Bankruptcy Court located at One Bowling Green, New York, NY 10004, why this Court should not enter Order to (1) Reopen the Chapter 7 bankruptcy case pursuant to 11 U.S.C. §350 and Bankruptcy Rule 5010 and (2) impose the Bankruptcy stay pursuant to 11 USC §§524(a)(2) and 105 on any action to evict debtor or in any way terminate her interest in 1119 Bryant Avenue, Apt 6C, Bronx, NY 10459, and (3) such other and further relief as the Court deems just and proper, and it is

ORDERED that, pending the hearing and determination of this motion, all further proceedings on the part of Creditor Bryant Associates or its attorney or any agent thereof in the eviction proceeding in the matter of *Bryant Associates v. Shameka Watson*, now pending in the Housing Part of the Civil Court of the City of New York in County of Bronx under Index No. L&T 38466/2019 are stayed, and it is further

ORDERED that service of this Order to Show Cause together with the application be served on or before the end of the business day on _____, upon Bryant Associates at 1119 Bryant Avenue, Bronx, NY 10459 and their attorneys Horing, Welikson, Rosen & Digrugilliers, PC .at11 Hillside Ave., Whilliston Park, NY 11596 and the United States Trustee, by certified mail.

ORDERED that objections, if any, to the relief requested shall be made in writing, shall set forth with particularity, the grounds for such objection and shall be filed with the Clerk of the Court along with an extra copy ,marked "Chambers Copy," Trustee, United States Trustee, and the Movant on or before_____; and it is further

ORDERED that the hearing scheduled herein may be adjourned by the Court, from time to time, without further notice other than announcement of the adjourned hearing date in open court.

Dated:

                                              _____
                                              Martin Glenn
                                              United States Bankruptcy Judge